No. 233. Zinser et al. v. Federal Petroleum Board. October 15, 1945. Petition for writ of certiorari to the

Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. Edward Lee* for petitioners. *Acting Solicitor General Judson, Messrs. Robert S. Erdahl* and *Maurice H. Matzkin* for respondent.